UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    Case No. 09-39154-EPK
                                          Chapter 7
KRAGH, KATHARINA BARBARA


PAID
/35386

             Debtor(s).            /

NOTICE OF DEPOSIT OF FUNDS WITH THE
U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX)  The Trustee has a balance of $2.99 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: June 27, 2011

                            *Deborah C. Menotte*
                            DEBORAH C. MENOTTE, TRUSTEE
                            P. O. BOX 211087
                            WEST PALM BEACH, FL 33421
                            Telephone:  (561) 795-9640
                            Facsimile:  (561) 348-1997

NAME:   KRAGH, KATHARINA BARBARA

CASE NO:   09-39154-EPK

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 6 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $85.00 | $2.99 |
| | | Total: | $2.99 |